**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: June 11, 2009 |
| Court Reporter: Paul Zuckerman | |
| Interpreter: Ellen Klaver | |
| Susanna Cahill | |

Criminal Action No. 09-cr-00102-MSK

| *Parties*: | *Counsel Appearing*: |
|---|---|
| UNITED STATES OF AMERICA, | James Boma |
| Plaintiff, | |
| v. | |
| VICTOR CARRANZA, | Peter Menges |
| Defendant. | |

## COURTROOM MINUTES

HEARING:   Motions ( Doc. #34, #36)

**2:39 p.m.        Court in session**.

Defendant is on bond and appears by phone with the assistance of the Court Interpreter.

Interpreters sworn.

The Court addresses defendant's Motion to Suppress Confidential Marital Communications (Doc. #34).

Argument by counsel  Menges and Boma.

Oral findings and conclusions of  law are made of record and incorporated herein.

**ORDER:**       Defendant's Motion to Suppress Confidential Marital Communications (Doc. #34) is **DENIED** with leave to renew at the time of trial.

The Court addresses the Government's Motion to Disclose Grand Jury Material (Doc. #36).

**ORDER:**       The Government's Motion to Disclose Grand Jury Material (Doc. #36) is **GRANTED.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Counsel Menges orally moves for continuance of the trial date.

**3:07 p.m.** **Court in recess**
**3:21 p.m.** **Court in session**

Argument by Mr. Menges. The Government has no objection.

The Court made specific oral findings justifying a continuance of the trial, which findings are incorporated herein.

**ORDER:** The ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. Defendant's oral motion for a trial continuance is **GRANTED**. The trial is continued to **August 24, 2009 at 1:00 p.m.** and the Final Pretrial Conference is continued to **August 20, 2009 at 4:00 p.m.,** all in Courtroom A901, 901 19th Street, Denver, CO. The trial currently set on **July 20, 2009** and the final pretrial conference on **July 17, 2009 at 4:30 p.m.** are **VACATED.**

**ORDER:** Bond is continued.

**3:28 p.m.** **Court in recess.**

**Total Time:   35 minutes.**
**Hearing concluded.**